UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EPIGMENIO VEGA, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:05-CV-1943-G |
| DOUGLAS DRETKE, Director, Texas | ) | |
| Department of Criminal Justice, | ) | **ECF** |
| Correctional Institutions Division, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and

the findings and recommendation of the United States Magistrate Judge in

accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and

recommendation of the Magistrate Judge are correct and they are hereby accepted as

the findings of the court.

**SO ORDERED**.

February 16, 2006.

_____
A. JOE FISH
CHIEF JUDGE